UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WORLD TRADE CENTER SITE LITIGATION<br>------------------------------------------------------------------------X | 21 MC 100 (AKH)<br>(ECF) |
| ANTHONY MONACO and MIRIAM MONACO,<br><br>Plaintiffs, | SUMMONS<br>07 CV 1179 |
| -against- | Judge Hellerstein<br>Jury Trial Demanded |
| THE CITY OF NEW YORK, and<br>AMEC CONSTRUCTION MANAGEMENT, INC., *et al.*,<br><br>Defendants.<br>------------------------------------------------------------------------X | |

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon:

Plaintiffs' Attorney:   Sullivan Papain Block McGrath & Cannavo P.C.
120 Broadway, 18th Floor
New York, New York 10271
212/732.9000

an Answer to the Complaint that is herein served upon you, within 20 days after service of this Summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint.

J. MICHAEL McMAHON                         FEB 1 5 2007
_____             _____
Clerk                                        Date
/s/ Marcos Quintero
_____             _____
By: Deputy Clerk                             Date

2007 FEB 20 PM 12 36
CITY OF N.Y. LAW DEPART.

TO:

AMEC CONSTRUCTION
MANAGEMENT, INC. and other AMEC entities
c/o Tara Saybe
Latham & Watkins
One Newark Center, 16th Floor
Newark, NJ 07101

BOVIS LEND LEASE, LMB, INC.
and other BOVIS entities
c/o Mound Cotton Wollan & Greengrass
Mark J. Weber, Esq.
One Battery Park Plaza
New York, NY 10004-1486

TULLY CONSTRUCTION CO., INC.
and other TULLY entities
c/o Tara Saybe
Patton Boggs LLP
1 Riverfront Plaza, 6th Floor
Newark, NJ 07102

TURNER CONSTRUCTION
COMPANY and other
TURNER entities
c/o London Fisher LLP
Attn: John Starling, Esq.
59 Maiden Lane
New York, NY 10038

CITY OF NEW YORK
By: Corporation Counsel
100 Church Street
New York, New York 10007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER
DISASTER SITE LITIGATION

21 MC 100 (AKH)

Judge Hellerstein

DOCKET NO. 07 CV 1179

ANTHONY MONACO and MIRIAM MONACO,

Plaintiffs,

- against -

THE CITY OF NEW YORK, AND
AMEC CONSTRUCTION MANAGEMENT, INC.,
*et al.*,

Defendants.

CHECK-OFF ("SHORT FORM")
COMPLAINT
RELATED TO THE
MASTER COMPLAINT

**PLAINTIFFS DEMAND A TRIAL BY JURY**

RECEIVED FEB 15 U.S.D.C. S.D. N.Y. CASHIERS

By Order of the Honorable Alvin K. Hellerstein, United States District Judge, dated June 22, 2006, ("the Order"), Master Complaints for all Plaintiffs were filed on August 18, 2006.

## NOTICE OF ADOPTION

All headings and paragraphs in the Master Complaints are applicable to and are adopted by the instant Plaintiff(s) as if fully set forth herein in addition to those paragraphs specific to the individual Plaintiff(s), which are listed below. These are marked with an "☑" if applicable to the instant Plaintiff(s), and specific case information is set forth, as needed, below.

Plaintiffs, by their attorneys SULLIVAN PAPAIN BLOCK MCGRATH & CANNAVO, P.C. complaining of Defendants, respectfully allege:

## I. PARTIES

### PLAINTIFF(S)

1. **X** Plaintiff ANTHONY MONACO (hereinafter the "Injured Plaintiff"), is an individual and a citizen of New York residing at 393 Seaview Avenue, Staten Island, New York 10305.

2. Alternatively, ☐ _____ is the _____ of Decedent _____, and brings this claim in his (her) capacity as of the Estate of _____.

3. **X** Plaintiff, MIRIAM MONACO (hereinafter the "Derivative Plaintiff"), is a citizen of New York residing at 393 Seaview Avenue, Staten Island, New York 10305, and has the

following relationship to the Injured Plaintiff:
**X** MIRIAM MONACO at all relevant times herein, is and has been lawfully married to Plaintiff ANTHONY MONACO, and brings this derivative action for her loss due to the injuries sustained by her husband, Plaintiff ANTHONY MONACO.

☐ Parent  ☐ Child  ☐ Other: _____

4. In the period from September 11, 2001 through the end of September 2001, for a period of about ten to twelve days in total, the Injured Plaintiff worked for the New York City Fire Department as a firefighter at:

*Please be as specific as possible when filling in the following dates and locations*

**X** The World Trade Center Site
Location(s) (*i.e.,* building, quadrant, etc.) throughout the four quadrants.
From on or about September 11, 2001 until September 30, 2001.
Approximately 12-24 hours per day; for Approximately 10-12 days total.

☐ The New York City Medical Examiner's Office
From on or about _____ until _____,
Approximately _____ hours per day; for
Approximately _____ days total.

☐ The Fresh Kills Landfill
From on or about _____ until _____;
Approximately _____ hours per day; for
Approximately _____ days total.

☐ The Barge
From on or about _____ until _____;
Approximately _____ hours per day; for
Approximately _____ days total.

☐ **Other:*** For injured plaintiffs who worked at Non-WTC Site building or location. The injured plaintiff worked at the address/location, for the dates alleged, for the hours per day, for the total days, and for the employer, as specified below:

From on or about _____ until _____;
Approximately _____ hours per day; for
Approximately _____ days total;
Name and Address of Non-WTC Site Building/Worksite: _____
_____

*Continue this information on a separate sheet of paper if necessary. If more space is needed to specify "Other" locations, please annex a separate sheet of paper with the information.

5. Injured Plaintiff

   **X** Was exposed to and breathed noxious fumes on all dates, at the site(s) indicated above;

   **X** Was exposed to and inhaled or ingested toxic substances and particulates on all dates at the site(s) indicated above;

   **X** Was exposed to and absorbed or touched toxic or caustic substances on all dates at the site(s) indicated above;

   ☐ Other: _____

6. Injured Plaintiff

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

2 of 9

**X** Has not made a claim to the Victim Compensation Fund. Pursuant to §405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. § 40101, the issue of waiver is inapplicable.

☐ Made a claim to the Victim Compensation Fund that was denied. Pursuant to § 405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. § 40101, the issue of waiver is inapplicable.

☐ Made a claim to the Victim Compensation Fund, that was subsequently withdrawn by Ground-Zero Plaintiff. Pursuant to § 405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. § 40101, the issue of waiver is inapplicable.

☐ Made a claim to the Victim Compensation Fund that was granted. Pursuant to § 405(c)(3)(B)(i) of the Air Transportation Safety and System Stabilization Act, 49 U.S.C. § 40101, Ground Zero-Plaintiff has waived her/his right(s) to pursue any further legal action for the injuries identified in said claim.

***Please read this document carefully.***
***It is very important that you fill out each and every section of this document.***

### B. DEFENDANT(S)

7. The following is a list of all Defendant(s) named in the Master Complaint. If checked, all paragraphs pertaining to that Defendant are deemed pleaded herein.

| | |
|---|---|
| **X** THE CITY OF NEW YORK<br>☐ A Notice of Claim was timely filed and served on _____ and<br>☐ pursuant to General Municipal Law §50-h the CITY held a hearing on _____ (OR)<br>☐ The City has yet to hold a hearing as required by General Municipal Law §50-h<br>☐ More than thirty days have passed and the City has not adjusted the claim<br>(OR)<br>**X** An Order to Show Cause application to<br>**X** deem Plaintiff's (Plaintiffs') Notice of Claim timely filed, or in the alternative to grant Plaintiff(s) leave to file a late Notice of Claim *Nunc Pro Tunc* (for leave to file a late Notice of Claim *Nunc Pro Tunc*) has been filed and a determination<br>**X** is pending<br>☐ Granting petition was made on _____<br>☐ Denying petition was made on _____ | ☐ 5 WTC HOLDINGS, LLC<br>**X** AMEC CONSTRUCTION MANAGEMENT, INC.<br>☐ 7 WORLD TRADE COMPANY, L.P.<br>☐ A RUSSO WRECKING<br>☐ ABM INDUSTRIES, INC.<br>☐ ABM JANITORIAL NORTHEAST, INC.<br>**X** AMEC EARTH & ENVIRONMENTAL, INC.<br>☐ ANTHONY CORTESE SPECIALIZED HAULING, LLC, INC.<br>☐ ATLANTIC HEYDT CORP<br>☐ BECHTEL ASSOCIATES PROFESSIONAL CORPORATION<br>☐ BECHTEL CONSTRUCTION, INC.<br>☐ BECHTEL CORPORATION<br>☐ BECHTEL ENVIRONMENTAL, INC.<br>☐ BERKEL & COMPANY, CONTRACTORS, INC.<br>☐ BIG APPLE WRECKING & CONSTRUCTION CORP<br>**X** BOVIS LEND LEASE, INC. |
| ☐ PORT AUTHORITY OF NEW YORK AND NEW JERSEY ["PORT AUTHORITY"]<br>☐ A Notice of Claim was filed and served pursuant to Chapter 179, §7 of The Unconsolidated Laws of the State of New York on<br>☐ More than sixty days have elapsed since the Notice of Claim was filed, (and)<br>☐ the PORT AUTHORITY has adjusted this claim<br>☐ the PORT AUTHORITY has not adjusted this claim. | **X** BOVIS LEND LEASE LMB, INC.<br>☐ BREEZE CARTING CORP<br>☐ BREEZE NATIONAL, INC.<br>☐ BRER-FOUR TRANSPORTATION CORP.<br>☐ BURO HAPPOLD CONSULTING ENGINEERS, P.C.<br>☐ C.B. CONTRACTING CORP<br>☐ CANRON CONSTRUCTION CORP<br>☐ CANTOR SEINUK GROUP<br>☐ CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.<br>☐ CORD CONTRACTING CO., INC<br>☐ CRAIG TEST BORING COMPANY INC. |
| ☐ 1 WORLD TRADE CENTER, LLC<br>☐ 1 WTC HOLDINGS, LLC<br>☐ 2 WORLD TRADE CENTER, LLC<br>☐ 2 WTC HOLDINGS, LLC<br>☐ 4 WORLD TRADE CENTER, LLC<br>☐ 4 WTC HOLDINGS, LLC<br>☐ 5 WORLD TRADE CENTER, LLC | ☐ DAKOTA DEMO-TECH<br>☐ DIAMOND POINT EXCAVATING CORP<br>☐ DIEGO CONSTRUCTION, INC.<br>☐ DIVERSIFIED CARTING, INC.<br>☐ DMT ENTERPRISE, INC.<br>☐ D'ONOFRIO GENERAL CONTRACTORS CORP<br>☐ EAGLE LEASING & INDUSTRIAL SUPPLY |

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

- ❏ EAGLE ONE ROOFING CONTRACTORS INC.
- ❏ EAGLE SCAFFOLDING CO
- ❏ EJ DAVIES, INC.
- ❏ EN-TECH CORP
- ❏ ET ENVIRONMENTAL
- ❏ EVERGREEN RECYCLING OF CORONA
- ❏ EWELL W. FINLEY, P.C.
- ❏ EXECUTIVE MEDICAL SERVICES, P.C.
- ❏ F&G MECHANICAL, INC.
- ❏ FLEET TRUCKING, INC.
- ❏ FRANCIS A. LEE COMPANY, A CORPORATION
- ❏ FTI TRUCKING
- ❏ GILSANZ MURRAY STEFICEK, LLP
- ❏ GOLDSTEIN ASSOCIATES CONSULTING ENGINEERS, PLLC
- ❏ HALLEN WELDING SERVICE, INC.
- ❏ H.P. ENVIRONMENTAL
- ❏ KOCH SKANSKA INC.
- ❏ LAQUILA CONSTRUCTION INC
- ❏ LASTRADA GENERAL CONTRACTING CORP
- ❏ LESLIE E. ROBERTSON ASSOCIATES CONSULTING ENGINEER P.C.
- ❏ LIBERTY MUTUAL GROUP
- ❏ LOCKWOOD KESSLER & BARTLETT, INC.
- ❏ LUCIUS PITKIN, INC
- ❏ LZA TECH-DIV OF THORTON TOMASETTI
- ❏ MANAFORT BROTHERS, INC.
- ❏ MAZZOCCHI WRECKING, INC.
- ❏ MERIDIAN CONSTRUCTION CORP.
- ❏ MORETRENCH AMERICAN CORP.
- ❏ MRA ENGINEERING P.C.
- ❏ MUESER RUTLEDGE CONSULTING ENGINEERS
- ❏ NACIREMA INDUSTRIES INCORPORATED
- ❏ NEW YORK CRANE & EQUIPMENT CORP.
- ❏ NICHOLSON CONSTRUCTION COMPANY
- ❏ OLYMPIC PLUMBING & HEATING
- ❏ PETER SCALAMANDRE & SONS, INC.
- ❏ PINNACLE ENVIRONMENTAL CORP
- ❏ PLAZA CONSTRUCTION CORP.
- ❏ PLAZA CONSTRUCTION MANAGEMENT CORP.
- ❏ PRO SAFETY SERVICES, LLC
- ❏ PT & L CONTRACTING CORP
- ❏ REGIONAL SCAFFOLD & HOISTING CO, INC.
- ❏ ROBER SILMAN ASSOCIATES
- ❏ ROBERT L GEROSA, INC
- ❏ RODAR ENTERPRISES, INC.
- ❏ ROYAL GM INC.
- ❏ SAB TRUCKING INC.
- ❏ SAFEWAY ENVIRONMENTAL CORP
- ❏ SEASONS INDUSTRIAL CONTRACTING
- ❏ SEMCOR EQUIPMENT & MANUFACTURING CORP.
- ❏ SILVERITE CONTRACTORS
- ❏ SILVERSTEIN PROPERTIES
- ❏ SILVERSTEIN PROPERTIES, INC.
- ❏ SILVERSTEIN WTC FACILITY MANAGER, LLC
- ❏ SILVERSTEIN WTC, LLC
- ❏ SILVERSTEIN WTC MANAGEMENT CO., LLC
- ❏ SILVERSTEIN WTC PROPERTIES, LLC
- ❏ SILVERSTEIN DEVELOPMENT CORP.
- ❏ SILVERSTEIN WTC PROPERTIES LLC
- ❏ SIMPSON GUMPERTZ & HEGER INC
- ❏ SKIDMORE OWINGS & MERRILL LLP
- ❏ SURVIVAIR
- ❏ TISHMAN INTERIORS CORPORATION,
- ❏ TISHMAN SPEYER PROPERTIES,
- ❏ TISHMAN CONSTRUCTION CORPORATION OF MANHATTAN
- ❏ TISHMAN CONSTRUCTION CORPORATION OF NEW YORK
- ❏ THORNTON-TOMASETTI GROUP, INC.
- ❏ TORRETTA TRUCKING, INC
- ❏ TOTAL SAFETY CONSULTING, L.L.C
- ❏ TUCCI EQUIPMENT RENTAL CORP
- **X** TULLY CONSTRUCTION CO., INC.
- **X** TULLY ENVIRONMENTAL INC.
- **X** TULLY INDUSTRIES, INC.
- **X** TURNER CONSTRUCTION CO.

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

| | |
|---|---|
| **X** TURNER CONSTRUCTION COMPANY<br>**X** TURNER CONSTRUCTION INTERNATIONAL, LLC<br>☐ TURNER/PLAZA, A JOINT VENTURE<br>☐ ULTIMATE DEMOLITIONS/CS HAULING<br>☐ VERIZON NEW YORK INC,<br>☐ VOLLMER ASSOCIATES LLP<br>☐ W HARRIS & SONS INC<br>☐ WEEKS MARINE, INC.      ☐ ZIEGEN<br>☐ WEIDLINGER ASSOCIATES, CONSULTING ENGINEERS, P.C. | ☐ WHITNEY CONTRACTING INC.<br>☐ WOLKOW-BRAKER ROOFING CORP<br>☐ WORLD TRADE CENTER PROPERTIES, LLC<br>☐ WSP CANTOR SEINUK<br>☐ YANNUZZI & SONS INC<br>☐ YONKERS CONTRACTING COMPANY, INC.<br>☐ YORK HUNTER CONSTRUCTION, LLC |

☐ Non-WTC Site Building Owner
   Name: _____
   Business/Service Address: _____
   Building/Worksite Address: _____

☐ Non-WTC Site Lessee
   Name: _____
   Business/Service Address: _____
   Building/Worksite Address: _____

☐ Non-WTC Site Building Managing Agent
   Name: _____
   Business/Service Address: _____
   Building/Worksite Address: _____

## II. JURISDICTION

8.  The Court's jurisdiction over the subject matter of this action is:

**X** Founded upon Federal Question Jurisdiction; specifically; **X**; Air Transport Safety & System Stabilization Act of 2001.

## III CAUSES OF ACTION

Plaintiff(s) seeks damages against the above named defendants based upon the following theories of liability, and asserts each element necessary to establish such a claim under the applicable substantive law:

| | | | |
|---|---|---|---|
| **X** | Breach of the defendants' duties and obligations pursuant to the New York State Labor Law(s) including §§ 200 and 240 | **X** | Common Law Negligence, including allegations of Fraud and Misrepresentation |
| **X** | Breach of the defendants' duties and obligations pursuant to the New York State Labor Law 241(6) | | **X** Air Quality;<br>**X** Effectiveness of Mask Provided;<br>**X** Effectiveness of Other Safety Equipment Provided |

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

| | | | |
|---|---|---|---|
| **X** | Pursuant to New York General Municipal Law §205-a | | (specify: _____ );<br>☐ Other(specify): |
| ☐ | Pursuant to New York General Municipal Law §205-e | ☐ | Wrongful Death |
| | | **X** | Loss of Services/Loss of Consortium for Derivative Plaintiff |
| | | ☐ | Other: _____ |

## IV   CAUSATION, INJURY AND DAMAGE

9.   As a direct and proximate result of defendant's culpable actions in the rescue and/or recovery and/or construction, renovation, alteration, demolition and all work performed at the premises, the Injured Plaintiff sustained (including, but not limited to) the following injuries:

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

| | | | |
|---|---|---|---|
| ☐ | Cancer Injury:<br>Date of onset:<br>Date physician first connected this injury to WTC work: | ☐ | Cardiovascular Injury:<br>Date of onset: _____<br>Date physician first connected this injury to WTC work: _____ |
| ☐ | Respiratory Injury:<br>Date of onset: _____<br>Date physician first connected this injury to WTC work: _____ | ☐ | Fear of Cancer<br>Date of onset: _____<br>Date physician first connected this injury to WTC work: _____ |
| **X** | **Digestive Injury:** Dyspepsia, gastroesophageal reflux disease, esophagitis, erosive gastritis, erosive duodenitis and a duodenal ulcer.<br>**Date of onset**: In or about December 2005, the Plaintiff began to experience various symptoms and medical problems, including stomach pain, regurgitation, severe heartburn and reflux. Plaintiff sought treatment at the Digestive Liver Disease Center. On or about April 25, 2006, after undergoing an endoscopy, the Plaintiff was diagnosed with dyspepsia, gastroesophageal reflux disease, esophagitis, erosive gastritis, erosive duodenitis and a duodenal ulcer.<br>**Date physician first connected this injury to WTC work:** April 25, 2006. | ☐ | Other Injury:<br>Date of onset: _____<br>Date physician first connected this injury to WTC work: _____ |

*NOTE: The foregoing is NOT an exhaustive list of injuries that may be alleged.*

10.   As a direct and proximate result of the injuries identified in paragraph "1", above, the Ground Zero-Plaintiff has in the past suffered and/or will in the future suffer the following compensable damages:

================================================================================

| | | | |
|---|---|---|---|
| **X** | Pain and suffering | **X** | Expenses for medical care, treatment, and rehabilitation |
| **X** | Loss of the enjoyment of life | **X** | Other: |
| **X** | Loss of earnings and/or impairment of earning capacity | **X** | Mental anguish |
| | | **X** | Disability |
| | | ☐ | Medical monitoring |
| **X** | Loss of retirement benefits/diminution of retirement benefits | ☐ | Other: _____ |

================================================================================

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*

8 of 9

11. As a direct and proximate result of the injuries described *supra*, the derivative plaintiff has in the past suffered and/or will in the future suffer a loss of the love, society, companionship, services, affection, and support of the plaintiff and such other losses, injuries and damages for which compensation is legally appropriate.

***Please read this document carefully.***
*It is very important that you fill out each and every section of this document.*

**WHEREFORE**, plaintiff(s) respectfully pray that the Court enter judgment in his/her/their favor and against defendant(s) for damages, costs of suit and such other, further and different relief as may be just and appropriate.

**Plaintiffs demand that all issues of fact in this case be tried before a properly empanelled jury.**

Dated:   New York, New York
        February 9, 2007

Yours, etc.

SULLIVAN PAPAIN BLOCK
MCGRATH & CANNAVO P.C.
Attorneys for Plaintiff

BY: _____
      Andrew J. Carboy (AC 2147)
120 Broadway - 18th Floor
New York, New York 10271
Tel: (212) 732-9000

*Please read this document carefully.*
*It is very important that you fill out each and every section of this document.*